**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 01-30265**
**Summary Calendar**
_____

**PATRICIA A. BONTON,**

**Plaintiff-Appellant,**

**VERSUS**

**LOUISIANA DEPARTMENT OF LABOR**
**UNEMPLOYMENT COMPENSATION OFFICE,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
for the Middle District of Louisiana
_____

August 6, 2001

Before JOLLY, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

The appellant, Patricia A. Bonton, was terminated from her employment as a civilian federal employee in the position of engineer/manager with Tinker Air Force Base in the State of Oklahoma on January 12, 1999. Appellant subsequently moved to Louisiana and filed a claim for unemployment compensation in June

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1999 with the Louisiana Department of Labor. The Louisiana Department of Labor determined that appellant was not entitled to unemployment compensation benefits under Louisiana law and offered to help her in filing a claim for benefits under the Oklahoma law. Instead, appellant filed suit in the United States District Court for the Middle District of Louisiana against the Louisiana Department of Labor. The federal district court determined that it did not have subject matter jurisdiction of this suit and dismissed the suit without prejudice. Appellant appeals to this Court.

We have carefully reviewed the briefs, the record excerpts, the reply brief, and relevant portions of the record itself. We affirm the determination of the district court that the federal district court did not have subject matter jurisdiction of this case.

**AFFIRMED.**